**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JAMES BULL, on behalf of himself and others similarly situated,<br><br>          Plaintiff,<br><br>          v.<br><br>US COACHWAYS, INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:14-cv-05789<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Daniel G. Martin |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**
**AND FOR CONDITIONAL CERTIFICATION OF A SETTLEMENT CLASS**

For the reasons set forth in the accompanying Memorandum in Pursuant to Rule 23(b)(3),

Plaintiff James Bull respectfully moves the Court for Preliminary Approval of the parties' Class

Action Settlement and for condition certification of a settlement class.

Respectfully submitted,

PLAINTIFF JAMES BULL individually and on behalf of
a class of all persons and entities similarly situated,
By his attorneys,


Dated: March 9, 2016              /s/ *Anthony Paronich*
                                  Anthony Paronich
                                  Edward A. Broderick
                                  Broderick Law, P.C.
                                  99 High St., Suite 304
                                  Boston, MA 02110
                                  Tel:  (617) 738-7080
                                  ted@broderick-law.com
                                  anthony@broderick-law.com

                                  Brian Kevin Murphy
                                  Murray Murphy Moul Basil LLP
                                  1114 Dublin Rd.
                                  Columbus, OH 43215
                                  murphy@mmmb.com
                                  Tel:  (614) 488-0400

                                  Lauren E. Snyder
                                  1350 N. Wells Street, Apt. A214
                                  Chicago, IL 60610
                                  Tel:  (419) 344-1146
                                  lauren.elizabeth.snyder@gmail.com

                                  Matthew P. McCue
                                  The Law Office of Matthew P. McCue,
                                  1 South Ave., Third Floor
                                  Natick, MA 01760
                                  (508) 655-1415
                                  mmccue@massattorneys.net


                                  *Attorneys for Plaintiffs and the Proposed Class*


2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 9, 2016, I electronically filed the foregoing with the Clerk

of the Court, using the CM/ECF system, which will send a notice of electronic filing to all

counsel of record.


/s/ *Anthony Paronich*
Anthony Paronich

3