**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

James Bull

      Plaintiff,

v.

US Coachways, Inc.

      Defendant.

Case No.: 1:14–cv–05789
Honorable Rebecca R. Pallmeyer

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 18, 2026:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The following briefing schedule is set for Plaintiff's motion for approval of Cy Pres Distribution [95]: response is due by 6/1/2026; reply by 6/8/2026. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.