**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JAMES BULL, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:14-cv-05789 |
| | ) ) | Judge Rebecca R. Pallmeyer |
| v. | ) ) | |
| US COACHWAYS, INC., | ) ) | |
| Defendant. | ) ) | |

**ORDER GRANTING PLAINTIFF'S MOTION**

**FOR APPROVAL OF CY PRES DISTRIBUTION**

This matter coming before the Court on Plaintiff's Motion for Approval of *Cy Pres* Distribution ([95]) (the "Motion"), due and proper notice having been given, and the court being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED.

2.      The Class Administrator, Verita Global (formerly known as KCC), is directed to utilize the funds remaining in the Settlement Fund, approximately $259,595.10, to administratively close the Settlement Fund and to distribute the remaining balance to the National Consumer Law Center as a *cy pres* award, consistent with the terms of the Settlement Agreement.

3.      The Court retains jurisdiction over this matter for purposes of enforcing this Order and overseeing the administrative closure of the Settlement Fund.

**ENTERED:**

Dated: July 15, 2026

_____
Hon. Rebecca R. Pallmeyer
United States District Judge